UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

ALLIEGHSANDRA RODRIGUEZ,

    Plaintiff,

v.

MOUNTAIN RUN SOLUTIONS, LLC,

    Defendant.

No. 3:21-cv-00319-jdp

## ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT

THIS CAUSE having come before the Court to consider, Plaintiff's, ALLIEGHSANDRA RODRIGUEZ, Motion for Default Judgment against Defendants, MOUNTAIN RUN SOLUTIONS, LLC, a Utah corporation, upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER ORDERED** that Plaintiff, ALLIEGHSANDRA RODRIGUEZ, recover from Defendant, MOUNTAIN RUN SOLUTIONS, LLC, both jointly and severally, the following amount plus any applicable interest:

    $1,000.00 in statutory damages for violations of the FDCPA
    $1,000.00 in statutory damages for violations of the WCA
    $3,612.50 in attorneys' fees
    $480.43 in costs

    TOTAL: $6,092.90

Dated: DECEMBER 2, 2021

Honorable James D. Peterson
United States District Court Judge

ENTERED this 6th day of December, 2021.

Peter A. Oppeneer
Clerk of Court

1